UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN CAMPBELL | CIVIL ACTION |
| VERSUS | NO. 13-4843 |
| ROBERT TANNER, WARDEN | SECTION: "E" (3) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and Plaintiff's objection to the Magistrate Judge's Report and Recommendation,[2] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by Steven Campbell is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of June, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 16.
[2] R. Doc. 19.